United States Bankruptcy Court

Central District of California

Dye,
    Plaintiff

Adv. Proc. No. 23-01263-ER

Teng,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Nicolas Teng, 21725 Gateway Center Dr., Diamond Bar, CA 91765-2400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: trustee@cadye.com | Aug 09 2023 02:27:00 | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403-5470 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant Nicolas Teng jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: pdf031 | Total Noticed: 2 |

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

Andrew W. Caine (State Bar No. 110345)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:   acaine@pszjlaw.com
              jnolan@pszjlaw.com

Attorneys for Defendant,
Nicolas Teng

**FILED & ENTERED**

AUG 08 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>                                                Debtor. | Case No. 2:23-bk-13523-ER<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01263-ER |
| CAROLYN A. DYE, Chapter 7 Trustee,<br><br>                                                Plaintiff,<br><br>       vs.<br><br>NICOLAS TENG,<br><br><br><br>                                                Defendant. | **ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>  **[Relates to Docket No. 3]**<br><br>*Current Status Conference Hearing:*<br>Date:         August 22, 2023<br>Time:         10:00 a.m.<br>Location:   Courtroom 1568<br>                   255 E. Temple St.<br>                   Los Angeles, CA 90012 |

DOCS_LA:350364.1 10814/001

The Court, having read and considered the *Stipulation Extending Deadline for Defendant to Respond to Complaint* [Docket No. 3] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

1. The Stipulation is APPROVED.

2. The deadline for Defendant to respond to the Complaint is extended through and including August 25, 2023.

# # #

Date: August 8, 2023

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:350364.1 10814/001                        2