LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
479 South Marengo Ave.
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

Counsel for
Plaintiff Carolyn A. Dye

**FILED & ENTERED**

**OCT 31 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>────────────────────────<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NICOLAS TENG, an individual<br><br>　　　　Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01263 WB<br><br>ORDER APPROVING SECOND STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing:</u><br>Date:　November 5, 2024<br>Time:　2:00 PM<br>Place: 255 E. Temple St.<br>　　　　Los Angeles CA 90012<br>Ctrm:　1375 |

　　The Second Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Nicolas Teng and continuing pretrial conference ("Stipulation") filed on October 31, 2024 as docket number 24 was duly presented to the court.

　　For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved the pretrial

conference is rescheduled to **January 7**, 2025 at **2:00 p.m**. **The hearing set for November 5, 2024 at 2:00 p.m. is off calendar.**

###

Date: October 31, 2024

Julia W. Brand
United States Bankruptcy Judge