LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
479 South Marengo Ave.
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

Counsel for
Plaintiff Carolyn A. Dye

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>―――――――――――――――――<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>    Plaintiff,<br>v.<br>NICOLAS TENG, an individual<br><br>    Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01263 WB<br><br>ORDER APPROVING SECOND STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing:</u><br>Date: January 7, 2025<br>Time: 2:00 PM<br>Place: 255 E. Temple St.<br>       Los Angeles CA 90012<br>Ctrm: 1375 |

   The Third Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Nicolas Teng and continuing pretrial conference ("Stipulation") filed on January 3, 2025 as docket number 28 was duly presented to the court.

   For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved the discovery

-1-

deadline is extended to March 31, 2025 and the pretrial conference is rescheduled to **April 22**, 2025 at **2:00 p.m. The hearing set for January 7, 2025 at 2:00 p.m. is off calendar.**

###

Date: January 6, 2025

*/s/ Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

-2-