United States Bankruptcy Court

Central District of California

Dye,
    Plaintiff

Teng,
    Defendant

Adv. Proc. No. 23-01263-WB

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Jan 06, 2025     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Nicolas Teng, 21725 Gateway Center Dr., Diamond Bar, CA 91765-2400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Jan 07 2025 00:19:00 | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant Nicolas Teng jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf031 | Total Noticed: 2 |

United States Trustee (LA)
                  ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

```
LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
479 South Marengo Ave.
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

Counsel for
Plaintiff Carolyn A. Dye
```

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>―――――――――――――<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>　　　Plaintiff,<br><br>v.<br><br>NICOLAS TENG, an individual<br><br>　　　Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01263 WB<br><br>ORDER APPROVING SECOND STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing:</u><br>Date:　January 7, 2025<br>Time:　2:00 PM<br>Place: 255 E. Temple St.<br>　　　　Los Angeles CA 90012<br>Ctrm:　1375 |

　　The Third Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Nicolas Teng and continuing pretrial conference ("Stipulation") filed on January 3, 2025 as docket number 28 was duly presented to the court.

　　For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved the discovery

-1-

deadline is extended to March 31, 2025 and the pretrial conference is rescheduled to ***April 22***, 2025 at ***2:00 p.m. The hearing set for January 7, 2025 at 2:00 p.m. is off calendar.***

###

Date: January 6, 2025

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge

-2-